IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SIDNEY MARC WILSON, JR.

_____/

SEALED
INDICTMENT

3:25-cr-98/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

### A. THE CHARGE

Between on or about December 26, 2018, and on or about March 7, 2022, in the Northern District of Florida and elsewhere, the defendant,

**SIDNEY MARC WILSON, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, to cause mail to be sent and delivered by the United States Postal Service and by a private and commercial interstate carrier, and to cause wire communications to be transmitted in interstate commerce for the purpose of executing such scheme, in

Returned in open court pursuant to Rule 6(f)

Date 6/17/2025

United States Magistrate Judge

violation of Title 18, United States Code, Sections 1341 and 1343.

## B. MANNER AND MEANS

The manner and means by which this conspiracy was committed included the following:

1. Defendant **SIDNEY MARC WILSON, JR.,** owned and operated "High Tide Real Estate, LLC" and "High Tide Media" in Niceville, Florida. "High Tide Real Estate" was used to facilitate a purported affiliate sales program. This affiliate sales program operated under various names, including "The Prosperity Warrior," "The Warrior Blueprint," and "Wounded to Wealth" (hereinafter "the Business").

2. Defendant **SIDNEY MARC WILSON, JR.,** had several "success coaches" who worked for the Business. "Success coaches" followed up on sales leads and worked to convince victims to join the Business.

3. Defendant **SIDNEY MARC WILSON, JR.,** and his conspirators advertised the benefits of buying a "business in a box" from the Business. In doing so, **SIDNEY MARC WILSON, JR.,** and others falsely promised victims that the "business in a box" included a website, the right to sell e-learning products, and a percent of the profits from future sales.

4. Defendant **SIDNEY MARC WILSON, JR.,** convinced victims to purchase the "business in a box" through multiple means, including testimonial

videos published on various Internet websites. In these videos, **SIDNEY MARC WILSON, JR.,** falsely represented that buying the "business in a box" would provide victims with substantial income from future sales of the program. While victims who signed up received a website and access to generic e-learning products, they did not receive the represented income from future sales.

5. Once victims decided to purchase a "business in a box," they were provided with instructions on where to wire or mail their fee payments. As a result of the fraud scheme, the victims mailed checks and monetary instruments to Defendant **SIDNEY MARC WILSON, JR.,** and transferred, deposited, and wired money into various accounts controlled by **SIDNEY MARC WILSON, JR.**

6. Defendant **SIDNEY MARC WILSON, JR.,** opened and rented a private mailbox at a shipping store located in Niceville, Florida. **SIDNEY MARC WILSON, JR.,** used this mailbox to receive packages containing checks and monetary instruments from victims, which were sent via United States Postal Service and private and commercial interstate carrier, including the United Parcel Service, and Federal Express.

7. Defendant **SIDNEY MARC WILSON, JR.,** shared the proceeds of the fraud scheme with his conspirators. To do so, **SIDNEY MARC WILSON, JR.,** deposited victims' checks and wired funds into accounts controlled by conspirators and others.

3

8. By this fraudulent conduct, Defendant **SIDNEY MARC WILSON, JR.**, and others, obtained millions of dollars to which they were not entitled.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH SEVEN

### A. THE CHARGE

Between on or about December 26, 2018, and on or about March 7, 2022, in the Northern District of Florida and elsewhere, the defendant,

**SIDNEY MARC WILSON, JR.,**

did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, did cause mail to be sent and delivered by the United States Postal Service and by a private and commercial interstate carrier.

### B. SCHEME TO DEFRAUD

The allegations of Section B of Count One are hereby realleged and incorporated by reference as if fully set forth herein.

### C. MAILINGS

On or about the following dates, for the purpose of executing this scheme to defraud, the defendant,

**SIDNEY MARC WILSON, JR.,**

4

did cause mail to be sent and delivered by Federal Express and United Parcel Service as set forth below:

| COUNT | DATE | MATTER MAILED |
|---|---|---|
| TWO | June 7, 2021 | $3,000 cashier's check from J.M.G. sent via Federal Express |
| THREE | June 10, 2021 | $7,000 cashier's check from V.T. sent via Federal Express |
| FOUR | June 14, 2021 | $22,847 cashier's check from J.G. sent via Federal Express |
| FIVE | September 4, 2021 | $14,000 cashier's check from T.T. sent via United Parcel Service |
| SIX | September 15, 2021 | $22,000 cashier's check from E.R. sent via United Parcel Service |
| SEVEN | October 27, 2021 | $21,000 cashier's check from K.B. via Federal Express |

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNTS EIGHT THROUGH NINE

Between on or about December 26, 2018, and on or about March 7, 2022, in the Northern District of Florida and elsewhere, the defendant,

**SIDNEY MARC WILSON, JR.,**

did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent

5

pretenses, representations, and promises, and for the purpose of executing such scheme, did cause wire communications to be transmitted in interstate commerce.

### B. SCHEME TO DEFRAUD

The allegations of Section B of Count One are hereby realleged and incorporated by reference as if fully set forth herein.

### C. WIRE COMMUNICATIONS

On or about the following dates, in the Northern District of Florida and elsewhere, the defendant,

**SIDNEY MARC WILSON, JR.,**

for the purpose of executing this scheme to defraud, caused wire communications to be transmitted in interstate commerce as set forth below:

| COUNT | DATE | TRANSACTION |
|---|---|---|
| **EIGHT** | March 11, 2021 | $14,000 wire transfer from K.G. to Bank of America ending in x0104 |
| **NINE** | June 17, 2021 | $3,000 wire transfer from V.T. to Stripe account ending in "aclzmk" |

In violation of Title 18, United States Code, Sections 1343 and 2.

### COUNTS TEN THROUGH FOURTEEN

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendant,

6

**SIDNEY MARC WILSON, JR.,**

did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, to wit, purchasing cryptocurrency and paying his mortgage, such property having been derived from a specified unlawful activity, to wit, wire fraud and mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, as charged in Counts Two through Nine of this indictment:

| COUNT | DATE | PAYEE | AMOUNT |
|---|---|---|---|
| TEN | March 5, 2021 | Caliber Home Loans | $15,723.94 |
| ELEVEN | April 19, 2021 | Coinbase | $35,000.00 |
| TWELVE | October 20, 2021 | Coinbase | $40,000.00 |
| THIRTEEN | November 17, 2021 | Coinbase | $45,000.00 |
| FOURTEEN | December 15, 2021 | Coinbase | $50,000.00 |

In violation of Title 18, United States Code, Sections 1957 and 2.

### COUNT FIFTEEN

On or about January 26, 2021, in the Northern District of Florida and elsewhere, the defendant,

**SIDNEY MARC WILSON, JR.,**

a resident of Niceville, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2019, which was

7

filed with the Internal Revenue Service and contained and was verified by a written declaration that it was made under the penalties of perjury, and which the defendant did not believe to be true and correct as to every material matter, in that the return represented Schedule C income of $692,692.00, when, in truth and fact and as the defendant then well knew, his Schedule C income for the calendar year 2019 was in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT SIXTEEN

On or about October 19, 2021, in the Northern District of Florida and elsewhere, the defendant,

## SIDNEY MARC WILSON, JR.,

a resident of Niceville, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2020, which was filed with the Internal Revenue Service and contained and was verified by a written declaration that it was made under the penalties of perjury, and which the defendant did not believe to be true and correct as to every material matter, in that return represented Schedule C income of $705,501.00, when, in truth and fact and

as the defendant then well knew, his Schedule C income for the calendar year 2020 was in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

### COUNT SEVENTEEN

On or about January 29, 2023, in the Northern District of Florida and elsewhere, the defendant,

### SIDNEY MARC WILSON, JR.,

a resident of Niceville, Florida, did willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for the calendar year 2021, which was filed with the Internal Revenue Service and contained and was verified by a written declaration that it was made under the penalties of perjury, and which the defendant did not believe to be true and correct as to every material matter, in that the return represented Schedule C income of $5,484,110, when, in truth and fact and as the defendant then well knew, his Schedule C income for the calendar year 2021 was in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

### CRIMINAL FORFEITURE

The allegations contained in Counts One through Nine of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeiture. From the defendant's engagement in the violations alleged in Count One through Nine of this Indictment, the defendant,

**SIDNEY MARC WILSON, JR.,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred, sold to, or deposited with a third party;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Counts Ten through Fourteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendant's engagement in the violations alleged in Counts Ten through Fourteen of this Indictment, the defendant,

## SIDNEY MARC WILSON, JR.,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1), any and all of the defendant's right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

███████████████████████
FOREPERSON

DATE  17 June 2025

_____
JOHN P. HEEKIN
United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney

_____
KAITLIN WEISS
Assistant United States Attorney